FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Shemira Leatrice Harris
    aka Shemira Harris
    SSN/ITIN: xxx–xx–2800
     Debtor

Bankruptcy Case No.:  25–40506–KKS

Chapter:  7
Judge:  Karen K. Specie

**Notice of Emergency Non–Evidentiary Hearing**

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on November 20, 2025, at 09:30 AM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

    *17* – Motion to Reinstate Case Filed by Jonathan D Eichelberger on behalf of Shemira Leatrice Harris (Attachments: # 1 matrix) (Eichelberger, Jonathan)

Dated: November 17, 2025

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Jonathan Eichelberger shall serve this notice of emergency/expedited hearing immediately by facsimile or email on all parties as required by the applicable Rules and a certificate of service must be filed immediately thereafter.