# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

In re:

SHEMIRA LEATRICE HARRIS,          Case No. 25-40506-KKS
                                                    Chapter 7
    Debtor.
_____/

## ORDER GRANTING *DEBTOR'S MOTION TO VACATE ORDER DISMISSING CASE AND REINSTATE CASE* (ECF No. 17)

THIS CASE is before the Court upon the *Debtor's Motion to Vacate Order Dismissing Case and Reinstate Case* ("Motion," ECF No. 17). After reviewing the Motion, and with no objections being filed, it is

**ORDERED:**

1. The Debtor's Motion (ECF No. 17) is GRANTED.

2. The *Order Dismissing Case for Failure to Comply with Notice of Deadline to Cure Deficiencies* (ECF No. 12) is VACATED.

3. The above-captioned case is REINSTATED effective upon entry of this Order.

4. The Chapter 7 Trustee previously assigned to this case shall be reappointed, and the case shall proceed in the ordinary course under Chapter 7 of the Bankruptcy Code.

5. The 341 meeting of Creditors shall be rescheduled by separate notice.

DONE AND ORDERED on  November 20, 2025 .

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Prepared by: Jonathan D Eichelberger (Modified in Chambers)

Jonathan D. Eichelberger is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within three (3) business days of entry of the Order.