UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

SHEMIRA LEATRICE HARRIS           CASE NO.: 25-40506-KKS

                                                                  Chapter 7

_____Debtor./

## DEBTOR'S AMENDED MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY
## (SOLELY TO CORRECT THE VIN NUMBER)

> **NOTICE OF OPPORTUNITY TO OBJECT AND
> REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Jonathan D Eichelberger, Esquire, Myers, Eichelberger & Russo, P.L., 6996 Piazza Grande Ave, Suite 315, Orlando, Florida 32835, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Now comes the Debtor, Shemira Harris, by and through counsel, and moves the court pursuant to Section 722 of Title 11, for a Redemption Order on the following grounds:

1. The Debtor filed the Instant Chapter 7 Bankruptcy on October 17, 2025.

2. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as 2016 Chevrolet Malibu VIN:

1G1ZE5ST9GF237874

3. Arrangements will be made by the Debtor to pay to the said Creditor should this motion be granted.

4. The payment for this proposed redemption is to be financed through 722 redemptions., with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set forth in full detail in the attachment(s) hereto.

5. As demonstrated there, the monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption.

**WHEREFORE**, the Debtor requests the Court to Order the said Creditor to accept from the Debtor the redemption value and release their lien of record. In the event said creditor objects to this motion, the Debtor requests the Court to determine the value fo the property as of the time of the hearing on such objection.

/s/ Jonathan D Eichelberger
Jonathan D Eichelberger Esq.
Fla. Bar No.: 71748
Myers, Eichelberger & Russo, P.L
6996 Piazza Grande Avenue,
Suite #315
Orlando, FL 32835
Phone: 407.926.2455
Fax: (407) 536-4977
jon@themelawfirm.com
Attorney for Debtor

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided in the form listed below on this 9th day of December2025, to:

Via US Regular mail to all parties listed below:

- Hello Credit Union, PO Box 2239, Panama City Florida 32402.

- Hello Credit Union, Attention: Michael Akers, president 601 US-231 N Panama City Florida 32405

Sent Via ECF to:

-Sherry Chancellor, Chapter 7 Trustee (sherry.chancellor@yahoo.com)

-Office of United States Trustee (USTPRegion21.TL.ECF@usdoj.gov)

                                        /s/ Jonathan D. Eichelberger
                                        /s/ Jonathan D. Eichelberger, Esq.
                                        Myers, Eichelberger & Russo, P.L.
                                        6996 Piazza Grande, Unit 315
                                        Orlando, FL 32835
                                        Phone: (407) 926-2455
                                        Fax: (407) 536-4977
                                        Email: jon@themelawfirm.com