**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

SHEMIRA LEATRICE HARRIS,
        CASE NO.: 25-40506-KKS
        CHAPTER 7

        Debtor.

_____/

**AGREED ORDER GRANTING *DEBTOR'S AMENDED MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY* (ECF No. 33)**

THIS CASE is before the Court on the *Debtor's Amended Motion for Authority to Redeem Personal Property* ("Motion," ECF No. 33), which was set for hearing on March 31, 2026. The Debtor and Flag Credit Union a/k/a Hello Credit Union ("Creditor") have agreed to the relief requested. The Court, having reviewed the Motion and noting the agreement of the parties, it is

**ORDERED:**

1.      The Motion (ECF No. 33) is **GRANTED**.

2.      The Debtor is authorized to redeem the following personal property pursuant to 11 U.S.C. § 722:

        2006 Chevrolet Malibu VIN: 1G1ZE5ST9GF237874.

3.      The redemption value of the property is established at $2,500.00.

4.      The Debtor shall pay the redemption amount to the Creditor in a lump sum within 30 days from the date of this Order.

5. Upon receipt of the redemption payment, the Creditor shall:

   a. Release its lien on the property; and

   b. Deliver any title or documentation necessary to evidence the lien release to the Debtor.

6. If the Debtor fails to timely make the redemption payment, this Order shall be of no further force and effect, and the Creditor shall retain all rights and remedies under applicable law.

7. The automatic stay shall remain in effect as to the subject property until the earlier of:

   a. Completion of redemption; or

   b. Default under this Order.

8. Payment under this order shall constitute full satisfaction of the Creditor's claim, and upon receipt of payment, the Creditor shall release all liens against the Property.

   **DONE AND ORDERED** on  March 30, 2026  .

   _____
   KAREN K. SPECIE
   Chief U.S. Bankruptcy Judge

*Service: Jonathan D. Eichelberger is directed to service a copy of this order on interested parties and file a certificate of service within three (3) business days of entry of the order.*
Order prepared by: Jonathan D Eichelberger (Modified in Chambers)

Order agreed to by:
*/s/ Chad D Heckman*                    /s/ Jonathan D Eichelberger
Chad D. Heckman                          Jonathan D. Eichelberger
Attorney for Creditor                    Attorney for Debtor

*/s/ Shemira Harris*
Shemira Harris (Debtor)